COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Richard Haynes v. Union Pacific Railroad Company, a Corporation

Appellate case number:   01-18-00181-CV

Trial court case number:  2006-40557

Trial court:                     189th District Court of Harris County

The record was originally due on February 5, 2018. On March 12, 2018, the court reporter advised this court that she had not received payment for the reporter's record. Appellant subsequently advised this court that he had made payment for the reporter's record. No reporter's record or request for extension has been filed.

Accordingly, the court reporter is ordered to file the reporter's record **within 20 days of the date of this order**. *See* TEX. R. APP. P. 35.3(c).

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                            X  Acting individually    ☐  Acting for the Court

Date: August 30, 2018